# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ALVARO MATIAS GROSSO,

                  Petitioner,

    v.

WARDEN, OTAY MESA DETENTION CENTER, *et al.*,

                  Respondents.

Case No. 26-cv-01575-BAS-BLM

**ORDER SUMMARILY DISMISSING PETITION (ECF No. 1)**

Petitioner Alvaro Matias Grosso filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Upon review, the Court notes that Petitioner has filed two prior Section 2241 petitions in this District in the past several months. First, in Case No. 25-cv-03593-JES-BLM, the Honorable James E. Simmons, Jr., denied the petition without prejudice. In that case, Petitioner has a pending motion for reconsideration.

Second, in Case No. 26-cv-00396-CAB-MMP, the Honorable Cathy Ann Bencivengo ordered a bond hearing. Most recently, on March 5, 2026, Judge Bencivengo denied a motion to enforce the habeas bond order. Judge Bencivengo reasoned: "Petitioner's objections to the Immigration Judge's findings and decision are premature. As the Ninth Circuit has explained, '[Petitioner] pursued habeas review of the IJ's adverse

- 1 -

bond determination before appealing to the BIA. This short cut was improper. [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision.'"  ECF No. 9 in Case No. 26-cv-00396-CAB-MMP.

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023).  The Petition here provides no new information or grounds for relief that were not raised in the prior petitions.  Therefore, the Court **DISMISSES WITHOUT PREJUDICE** the Petition.

**IT IS SO ORDERED.**

**DATED: March 16, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1575